FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
PURSUANT TO THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
OR
PURSUANT TO BIVENS V. SIX UNKNOWN FEDERAL NARCOTICS AGENTS, 403 U.S. 388

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
Division of Court
FILED

FEB 2 3 2004
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

_Robert        Scholl_
(Enter above the full name of the plaintiff in this action)

X   (Social Security #) _287 - 70 - 4492_

VS:                                                CASE NO. _2004-39_
                                                   (To be completed by Court)

(Deft. #1) _City of Campbell County_

(Deft. #2) _Commonwealth of Kentucky_

(Deft. #3) _____
(Enter above the full name of the defendant(s) in this action)

## I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
            Yes ( )                    No (X)

B.   If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Plaintiffs      _____

_____

_____

2.   Defendants     _____

_____

_____

3.   Court (If federal court, name the district; if state court, name the county):

_____

4. Docket number _____ Date filed: _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Campbell County Detention Center*

A. IF YOU ARE A STATE/CITY/(COUNTY) PRISONER YOU MUST ANSWER:

1. Is there a grievance procedure in the institution where the facts happened?
   Yes (X)          No ( )

2. Did you present the facts relating to your complaint in an administrative remedy procedure?          Yes (X)          No ( )

3. If your answer to 2 is YES, state what you did and what the result was:

*I've wrote 3-4 grievances requesting a sheet and towel and I've never got anserwer on them. Also, There is no inside rec. room for inmate."*

4. If your answer to 2 is NO, explain why not: _____

_____

_____

B. IF YOU ARE A FEDERAL PRISONER YOU MUST ANSWER:

1. Did you present the facts to the prison authorities according to administrative procedures?          Yes ( )          No ( )

2.a. If your answer to 1 is YES, state the level(s) of the administrative remedy procedure to which you presented the claim(s): (check)
   _____ to Warden
   _____ appeal of Warden's response to Regional Director
   _____ appeal of Regional Director's response to Office of General Counsel

2.b. What was the result? _____

_____

3. If your answer to 1 is NO, explain why not. _____

_____

## III. PARTIES

A. Name of PLAINTIFF (your name) _Robert_ _Scholl_

   Address _601 central Ave. Newport Ky._

B. Name of DEFENDANT #1: _City of Campbell county_

   Is employed as: _Jail_

   At: _601 central Ave. Newport, Ky_

Additional defendants: (If more than 3 defendants, you may use the back of this sheet or attach additional sheets)

Name of DEFENDANT #2: _Commonwealth of Kentucky_

   Is employed as: _commonwealth of Kentucky_

   At: _Frankfort, Ky._

Name of DEFENDANT #3: _____

   Is employed as: _____

   At: _____

## IV. STATEMENT OF CLAIM

A. Which of your constitutional rights or federal law rights or what administrative regulation that applies to you has been violated?

_Inmate_ _Civil Rights violation, Eighth Amendment violation,_

B. State here the **facts** of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

_(Inmate Civil Rights)_ _As an inmate in a county jail, I should have the right to recreation (3) hours per week. I have been an inmate at the campbell co Detention center for almost (30) thirty days now, and_

I have never been offered recreation one time. The Detention Center dose not have a recreation room for inside recreational for inmates to use. Captain Willams stated that, it is to cold for outside recreation and the indoor recreation room is only used for programs inside the jail. I feel this is a violation of inmate civil Rights and, the City of Campbell county should be

**V.    RELIEF · State briefly exactly what you want the court to do for you.**

An indoor recreation room for inmates when It's to cold to go outside for rec. And $50,000 for the violation of my rights.

I declare under penalty of perjury that the foregoing is true and correct.

X  2-13-04
   **Date Signed**

X  Robert J Schll
   **Signature of Plaintiff**

held liable since, the Detention Center is a county jail.

Eighth Amendment: Curl and unusal puisment:

Since I've been an inmate in the Campbell County Detention center, I have been sleeping on the floor with only a mat, and blanket. I don't have a sheet. I use my blanket to dry off after I take showers because I don't have a towel to dry off on. and, I don't have any shower shoes to wear in the shower, or around the cell.

I've ask several times for a sheet, towel and some shower shoes and all the times I've ask, I've been told that there are none that I can have.

I feel that the Commonwealth of Kentucky, at Frankfort, should make sure county facilities are equiped to handle inmates needs. (Sheets, towels, shower shoes.-Exc.) There for, the commonwealth of Kentucky, and the City of Campbell County, should be held liable for this Eighth Amendment violation.